UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

                RE:    Stephen A. SPARKS
                       Docket Number:  2:02CR00316-01
                       **PERMISSION TO TRAVEL**
                       <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The Releasee is requesting permission to travel to Manzanillo, Colima, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On April 4, 2005, Stephen A. SPARKS was sentenced for the offense(s) of Bank Fraud.

**Sentence imposed:**  6 months custody Bureau of Prisons, 5 years Supervised Release, $1,622,712.27 restitution (Mr. Sparks pays $10,000 per month toward this obligation), $7,500 fine, $100 special assessment (paid). **Special Conditions:** 6 months home confinement with electronic monitoring (completed), financial disclosure and restrictions, substance abuse treatment, testing, and co-payment for services.

**Dates and Mode of Travel:**  December 25, 2007 to January 9, 2008, via Delta Airlines.

**Purpose:**  To visit his fiance's mother who lives in Mexico.

**RE:   Stephen A. SPARKS**
      **Docket Number:   2:02CR00316-01**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

                    Respectfully Submitted,

                          /s/

                    **DAYNA D. WARD**
               **Senior United States Probation Officer**

**DATED:**   December 14, 2007
            Roseville, California
            DDW

**REVIEWED BY:**      /s/
                **RICHARD A. ERTOLA**
                **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved    XXXXX            Disapproved _____

                          [signature]

 December 17, 2007                     _____
**Date**                              **Frank C. Damrell, Jr.**
                                      **United States District Judge**