UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

                      RE:    Stephen A. SPARKS
                               Docket Number:  2:02CR00316-01
                               **PERMISSION TO TRAVEL**
                               <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The releasee is requesting permission to travel to Manzanillo, Colima, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On April 4, 2005, Stephen A. Sparks was sentenced for the offense of Bank Fraud.

**Sentence imposed:** 6 months custody Bureau of Prisons; 5 years Supervised Release; $1,622,712.27 restitution (Mr. Sparks pays $10,000 per month toward this obligation); $7,500 fine; $100 special assessment (paid). **Special Conditions:** 6 months home confinement with electronic monitoring (completed); Financial disclosure and restrictions; Substance abuse treatment, testing, and co-payment for services.

**Dates and Mode of Travel:** October 10, 2008, to October 25, 2008, via Southwest Airlines and Alaska Air.

**Purpose:** To visit his wife's mother who lives in Mexico.

**RE:**   **Stephen A. SPARKS**
   Docket Number:   **2:02CR00316-01**
   <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD**
**Senior United States Probation Officer**

**DATED:**   September 25, 2008
   Roseville, California
   :ddw/cd

**REVIEWED BY:**   /s/ Richard A. Ertola
   **RICHARD A. ERTOLA**
   **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved   **X**          Disapproved   _____

September 26, 2008
**Date**

   **FRANK C. DAMRELL, JR.**
   **United States District Judge**